IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,<br>    Plaintiffs,<br><br>v.<br><br>EAGLE AMERICA CORPORATION.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 07 C 06576<br>)<br>) Judge Hibbler<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF KAREN I. ENGELHARDT

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

Karen I. Engelhardt being first duly sworn on oath, deposes and states as follows:

1. I am an attorney and a shareholder at the law firm of Allison, Slutsky & Kennedy, P.C., counsel for plaintiffs Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (the "Laborers' Funds") in the action against Bill Harris Masonry, Inc. This affidavit is submitted to document attorneys' fees and costs incurred by the Laborers' Funds for work performed in connection with obtaining contributions owed for the period from June 1, 2004 to the present.

2. Through April 30, 2009, the firm billed the Laborers Funds on an hourly basis for services rendered to the Funds, at a rate of $175.00 per hour for shareholders, $150.00 per hour for associates, and $75.00 per hour for clerks/paralegals. In May 2009, those rates were increased to

$200.00 per hour for shareholders, $175.00 per hour for associates, and $100.00 per hour for clerks/paralegals. In this cause records kept for legal work on this matter were kept contemporaneously and are attached hereto as Exhibit 1.

3. Exhibit 1 hereto sets forth the time expended from October 2, 2007 through December 18, 2009, by the firm's attorneys and paralegals in this matter. As set forth in that Exhibit, the Laborers' Funds have incurred legal fees to my firm in this matter in the amount of $18,382.50.

4. In addition, the Laborers Funds have incurred the following costs in the prosecution of this matter totaling $350.00, which include filing fees.

FURTHER AFFIANT SAYETH NOT.

_____
Karen I. Engelhardt

Subscribed and sworn to before me
this _____ day of January 2010.

_____
NOTARY PUBLIC

```
"OFFICIAL SEAL"
Paula D. Edwards
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05/16/2013
```

2

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Labrs P&W 1 |
| Refe.Selection | Include: Eagle America Corp. |
| Slip.Transaction Dat | 10/1/2007 - 12/29/2009 |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 142896 | TIME | | K. Engelhardt | 0.20 | 175.00 | 35.00 |
| 10/2/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:14522 | 11/9/2007 | Labrs P&W 1 | 0.00 | | |
| Call w/s J. Gilleran and Company | | | Eagle America Corp. | 0.00 | | |
| 142929 | TIME | | K. Engelhardt | 0.20 | 175.00 | 35.00 |
| 10/3/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:14522 | 11/9/2007 | Labrs P&W 1 | 0.00 | | |
| Call w/ Company | | | Eagle America Corp. | 0.00 | | |
| 145067 | TIME | | K. Engelhardt | 0.10 | 175.00 | 17.50 |
| 11/16/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:14547 | 12/7/2007 | Labrs P&W 1 | 0.00 | | |
| review secretary of state filing | | | Eagle America Corp. | 0.00 | | |
| 145070 | TIME | | K. Engelhardt | 0.70 | 175.00 | 122.50 |
| 11/19/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:14547 | 12/7/2007 | Labrs P&W 1 | 0.00 | | |
| T/c w/ J. Gilleran; draft complaint | | | Eagle America Corp. | 0.00 | | |
| 145060 | TIME | | Andre Smith | 1.00 | 75.00 | 75.00 |
| 11/20/2007 | | | Legal Services | 0.00 | C@3 | |
| Billed | G:14547 | 12/7/2007 | Labrs P&W 1 | 0.00 | | |
| Prepare summons, appearance, civil cover sheet and exhibits | | | Eagle America Corp. | 0.00 | | |
| 146611 | TIME | | K. Engelhardt | 0.10 | 175.00 | 17.50 |
| 12/14/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:14578 | 1/18/2008 | Labrs P&W 1 | 0.00 | | |
| Call w/ R. Muriel | | | Eagle America Corp. | 0.00 | | |
| ~~146750~~ | ~~TIME~~ | | ~~K. Engelhardt~~ | ~~0.20~~ | ~~175.00~~ | ~~35.00~~ |
| 12/19/2007 | | | Legal Services | 0.00 | C@1 | |
| Billed | G:14578 | 1/18/2008 | Labrs P&W 1 | 0.00 | | |
| Conf. w/ AC | | | Eagle America Corp. | 0.00 | | |
| ~~147074~~ | ~~TIME~~ | | ~~Angie Cowan~~ | ~~0.10~~ | ~~150.00~~ | ~~15.00~~ |
| 12/19/2007 | | | Legal Services | 0.00 | C@2 | |
| Billed | G:14578 | 1/18/2008 | Labrs P&W 1 | 0.00 | | |
| Conf. w/KIE. | | | Eagle America Corp. | 0.00 | | |

**Exhibit 1**

| Slip ID / Dates and Time / Posting Status / Description | | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 146973 12/27/2007 Billed Letter to J. Mashos | TIME G:14578 | 1/18/2008 | K. Engelhardt Legal Services Labrs P&W 1 Eagle America Corp. | 0.10 0.00 0.00 0.00 | 175.00 C@1 | 17.50 |
| 147200 1/6/2008 Billed Report to Trustees | TIME G:14596 | 2/14/2008 | K. Engelhardt Legal Services Labrs P&W 1 Eagle America Corp. | 0.20 0.00 0.00 0.00 | 175.00 C@1 | 35.00 |
| 148482 1/8/2008 Billed Detailed message for Companys attorney; review docket. | TIME G:14596 | 2/14/2008 | Angie Cowan Legal Services Labrs P&W 1 Eagle America Corp. | 0.20 0.00 0.00 0.00 | 150.00 C@2 | 30.00 |
| 148483 1/10/2008 Billed Review docket entry by court. | TIME G:14596 | 2/14/2008 | Angie Cowan Legal Services Labrs P&W 1 Eagle America Corp. | 0.10 0.00 0.00 0.00 | 150.00 C@2 | 15.00 |
| ~~148484~~ 1/11/2008 Billed Call w/Local 4 and KIE. | ~~TIME~~ G:14596 | 2/14/2008 | ~~Angie Cowan~~ Legal Services Labrs P&W 1 Eagle America Corp. | ~~0.30~~ 0.00 0.00 0.00 | ~~150.00~~ C@2 | ~~45.00~~ |
| 148485 1/18/2008 Billed Review file; call to Gilleran; review docket report. | TIME G:14596 | 2/14/2008 | Angie Cowan Legal Services Labrs P&W 1 Eagle America Corp. | 0.30 0.00 0.00 0.00 | 150.00 C@2 | 45.00 |
| 148486 1/21/2008 Billed Update Laborers reports; review file. | TIME G:14596 | 2/14/2008 | Angie Cowan Legal Services Labrs P&W 1 Eagle America Corp. | 0.20 0.00 0.00 0.00 | 150.00 C@2 | 30.00 |
| 147931 1/22/2008 Billed Revise report to Trustees | TIME G:14596 | 2/14/2008 | K. Engelhardt Legal Services Labrs P&W 1 Eagle America Corp. | 0.10 0.00 0.00 0.00 | 175.00 C@1 | 17.50 |
| 148115 1/27/2008 Billed work on charts | TIME G:14596 | 2/14/2008 | K. Engelhardt Legal Services Labrs P&W 1 Eagle America Corp. | 0.10 0.00 0.00 0.00 | 175.00 C@1 | 17.50 |
| 150142 2/5/2008 Billed Call w/ and email to Cos attorney; review audit and docket report. | TIME G:14618 | 3/6/2008 | Angie Cowan Legal Services Labrs P&W 1 Eagle America Corp. | 0.60 0.00 0.00 0.00 | 150.00 C@2 | 90.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| ~~149481~~<br>2/11/2008<br>Billed  G:14618  3/6/2008<br>Conf. w/AMC re preparing a scheduling order | | | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~30.00~~ |
| 150147  TIME<br>2/11/2008<br>Billed  G:14618  3/6/2008<br>Calls w/Companys attorney; ~~conf w/KIE & JAG;~~<br>review federal rules; draft proposed scheduling order<br>and discovery plan. | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 3.00 ~~3.50~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~525.00~~<br>450.00 |
| 150148  TIME<br>2/12/2008<br>Billed  G:14618  3/6/2008<br>Court appearance. | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 225.00 |
| 150151  TIME<br>2/14/2008<br>Billed  G:14618  3/6/2008<br>~~Conference w/KIE;~~ call w/Joseph Gilleran. | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10 ~~0.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~45.00~~<br>15.00 |
| 150154  TIME<br>2/19/2008<br>Billed  G:14618  3/6/2008<br>Detailed message for Companys attorney; review file. | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 150227  TIME<br>2/20/2008<br>Billed  G:14618  3/6/2008<br>Calls w/Company's attorney and auditor; letters to<br>Co's attorney and letter to auditor Taylor. | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.70<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 105.00 |
| 149667  TIME<br>2/22/2008<br>Billed  G:14618  3/6/2008<br>Call w/ J. Lally; calls w/ Smithfield, ~~conf. w/ AC~~ | | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.40 ~~0.50~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | ~~87.50~~<br>70.00 |
| 150163  TIME<br>2/22/2008<br>Billed  G:14618  3/6/2008<br>~~Conf w/KIE;~~ calls w/Cos attorney. | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.30 ~~0.40~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~60.00~~<br>45.00 |
| 149837  TIME<br>2/25/2008<br>Billed  G:14618  3/6/2008<br>Call w/ Union and general contractor | | | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 150169  TIME<br>2/26/2008<br>Billed  G:14618  3/6/2008<br>Calls w/Companys president and Companys attorney;<br>review reports and checks faxed by Co.; ~~conf w/KIE~~ | | | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.60 ~~0.70~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~105.00~~<br>90.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 150171<br>2/27/2008<br>Billed   G:14618<br>Call w/Gilleran; letter to Companys attorney. | TIME | 3/6/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| ~~150283~~<br>3/3/2008<br>Billed   G:14643<br>Review file; conf. w/KIE. | ~~TIME~~ | 4/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~30.00~~ |
| 150569<br>3/3/2008<br>Billed   G:14643<br>Call w/ General contractor | TIME | 4/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 52.50 |
| ~~150900~~<br>3/13/2008<br>Billed   G:14643<br>Conf. w/ AC | ~~TIME~~ | 4/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~17.50~~ |
| 151775<br>3/13/2008<br>Billed   G:14643<br>Calls w/auditor Rachel from Bansley and<br>w/Companys attorney R. Muriel; review document<br>faxed from auditor; ~~conf. w/KIE.~~ | TIME | 4/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.40 (handwritten)<br>~~0.50~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~75.00~~<br>60.00 (handwritten) |
| 151809<br>3/24/2008<br>Billed   G:14643<br>Calls w/Companys attorney Robert Muriel and<br>w/Judge Hibblers clerk. | TIME | 4/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 45.00 |
| 151813<br>3/25/2008<br>Billed   G:14643<br>Call w/Brian Hurley from Toll Brothers. | TIME | 4/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |
| ~~152177~~<br>4/11/2008<br>Billed   G:14669<br>Conf. w/ AC | ~~TIME~~ | 5/9/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~17.50~~ |
| 152972<br>4/11/2008<br>Billed   G:14669<br>~~Conf w/KIE;~~ letter to Companys attorney R. Muriel. | TIME | 5/9/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20 (handwritten)<br>~~0.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~45.00~~<br>30.00 (handwritten) |
| 152981<br>4/14/2008<br>Billed   G:14669<br>Calls w/Dan Kim and R. Patterson from Bansley &<br>Kiener; review fax from Patterson. | TIME | 5/9/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.40<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 60.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|
| ~~152417~~<br>4/15/2008<br>Billed<br>Conf. w/KIE, AMC | ~~TIME~~<br><br>G:14669 | <br><br>5/9/2008 | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~35.00~~ |
| ~~152462~~<br>4/15/2008<br>Billed<br>Conf. w/ AC | ~~TIME~~<br><br>G:14669 | <br><br>5/9/2008 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | 35.00 |
| 152984<br>4/15/2008<br>Billed<br>Review documents; ~~conf w/KIE and WK~~ | TIME<br><br>G:14669 | <br><br>5/9/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>~~0.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~45.00~~<br>15.00 |
| 152987<br>4/16/2008<br>Billed<br>Court appearance. | TIME<br><br>G:14669 | <br><br>5/9/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 150.00 |
| 153055<br>4/28/2008<br>Billed<br>~~Conf w/KIE;~~ calls w/R. Patterson, J. Mashos, J. Gilleran. | TIME<br><br>G:14669 | <br><br>5/9/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20 | ~~0.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~45.00~~<br>30.00 |
| 154800<br>5/12/2008<br>Billed<br>Calls w/R. Muriel, J. Gilleran, Judge Hibblers deputy clerk and auditor R. Patterson | TIME<br><br>G:14688 | <br><br>6/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 154811<br>5/13/2008<br>Billed<br>Call w/Hibblers courtroom deputy. | TIME<br><br>G:14688 | <br><br>6/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 154825<br>5/16/2008<br>Billed<br>Review audit; call w/auditor; letter to company. | TIME<br><br>G:14688 | <br><br>6/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| ~~154835~~<br>5/21/2008<br>Billed<br>Review file and docket report; update reports.. | ~~TIME~~<br><br>G:14688 | <br><br>6/11/2008 | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~75.00~~ |
| 154433<br>5/23/2008<br>Billed<br>Report to Trustees | TIME<br><br>G:14688 | <br><br>6/11/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |

| Slip ID / Dates and Time / Posting Status / Description | | | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 154542<br>5/24/2008<br>Billed<br>Work on status reports | TIME<br>G:14688 | 6/11/2008 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 154562<br>5/26/2008<br>Billed<br>Work on status reports, summary status reports | TIME<br>G:14688 | 6/11/2008 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| ~~154721~~<br>5/28/2008<br>Billed<br>Conf. w/ AC | ~~TIME~~<br>G:14688 | 6/11/2008 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~35.00~~ |
| 154845<br>5/28/2008<br>Billed<br>Calls w/R. Muriel; ~~call w/KIE.~~ | TIME<br>G:14688 | 6/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20 ~~0.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~45.00~~<br>30.00 |
| 154859<br>5/29/2008<br>Billed<br>Call w/G. Pater. | TIME<br>G:14688 | 6/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |
| 156190<br>6/9/2008<br>Billed<br>Calls w/attorney R. Muriel and R. Patterson and G. Pater; email to G. Pater. | TIME<br>G:14729 | 7/22/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.80<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 120.00 |
| 156198<br>6/13/2008<br>Billed<br>Review documents from auditors; ~~conf w/KIE~~; call w/R. Muriel; letter to J. Pero. | TIME<br>G:14729 | 7/22/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.20 ~~1.30~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~195.00~~<br>180 |
| 157545<br>7/15/2008<br>Billed<br>Court appearance. | TIME<br>G:14746 | 8/13/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 157569<br>7/28/2008<br>Billed<br>Call w/J. Gilleran; review file. | TIME<br>G:14746 | 8/13/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 158514<br>8/4/2008<br>Billed<br>Calls w/R. Muriel. | TIME<br>G:14764 | 9/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|---|
| 158548<br>8/19/2008<br>Billed<br>Call w/R. Muriel; review file. | TIME<br>G:14764 | 9/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | O.3 | ~~0.50~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~75.00~~<br>45.00 |
| 158567<br>8/26/2008<br>Billed<br>Court appearance. | TIME<br>G:14764 | 9/11/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.70<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 105.00 |
| 160350<br>9/3/2008<br>Billed<br>Update Laborers reports. | TIME<br>G:14793 | 10/10/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 159271<br>9/8/2008<br>Billed<br>Report to Trustees | TIME<br>G:14793 | 10/10/2008 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| 160364<br>9/8/2008<br>Billed<br>Work on 26(a)(1) responses; review Companys 26(a)(1)s. | TIME<br>G:14793 | 10/10/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 150.00 |
| ~~160097~~<br>9/22/2008<br>Billed<br>Conf. w/AMC re court appearance | ~~TIME~~<br>G:14793 | 10/10/2008 | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 160120<br>9/25/2008<br>Billed<br>Court appearance | TIME<br>G:14793 | 10/10/2008 | Josiah Groff<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 160427<br>9/30/2008<br>Billed<br>Work on requests to admit, interrogatories and request for production of documents. | TIME<br>G:14793 | 10/10/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 1.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 225.00 |
| 161685<br>10/2/2008<br>Billed<br>Revise request for admissions, production and interrogatories. | TIME<br>G:14820 | 11/8/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 150.00 |
| 161699<br>10/6/2008<br>Billed<br>Review email from Companys attorney. | TIME<br>G:14820 | 11/8/2008 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 161808 TIME<br>10/21/2008<br>Billed    G:14820    11/8/2008<br>Review file and status of Ds responses to information requests. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.30<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 45.00 |
| 161823 TIME<br>10/30/2008<br>Billed    G:14820    11/8/2008<br>Emails to M. Malidov; ~~email to KIE~~. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10 ~~0.20~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~30.00~~ 15.00 |
| 162968 TIME<br>11/3/2008<br>Billed    G:14860    12/4/2008<br>Review defendants response to our requests to admit | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |
| 162973 TIME<br>11/6/2008<br>Billed    G:14860    12/4/2008<br>Work on response to information request. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 162974 TIME<br>11/7/2008<br>Billed    G:14860    12/4/2008<br>Review Cos interrogatories; work on responses. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 162982 TIME<br>11/13/2008<br>Billed    G:14860    12/4/2008<br>Court appearance. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 180.00 |
| 162997 TIME<br>11/18/2008<br>Billed    G:14860    12/4/2008<br>Call w/R. Muriel. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 163016 TIME<br>11/19/2008<br>Billed    G:14860    12/4/2008<br>Update Laborers' reports; review file. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 30.00 |
| 163974 TIME<br>12/9/2008<br>Billed    G:14887    1/7/2009<br>Email to and from R. Muriel. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 163978 TIME<br>12/10/2008<br>Billed    G:14887    1/7/2009<br>Court appearance; conf w/M. Miladinov. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 150.00 |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 164223  TIME  12/29/2008  Billed  G:14887  1/7/2009  Calls w/R. Muriel, M. Milandov, and J. Gilleran; review contract and audits; ~~conf w/KIE.~~ | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 0.40 ~~0.50~~  0.00  0.00  0.00 | 150.00  C@2 | ~~75.00~~  60.00 |
| 165672  TIME  1/6/2009  Billed  G:14909  2/4/2009  Court appearance; calls w/M. Milandov, J. Jorgensen, Court Clerk Jackie and J. Gilleran. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 1.50  0.00  0.00  0.00 | 150.00  C@2 | 225.00 |
| ~~165360~~  ~~TIME~~  1/22/2009  Billed  G:14909  2/4/2009  timeslips | ~~K. Engelhardt~~  Legal Services  Labrs P&W 1  Eagle America Corp. | ~~0.30~~  0.00  0.00  0.00 | ~~175.00~~  C@1 | ~~52.50~~ |
| 165749  TIME  1/22/2009  Billed  G:14909  2/4/2009  Prepare for settlement conference. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 0.50  0.00  0.00  0.00 | 150.00  C@2 | 75.00 |
| 165750  TIME  1/23/2009  Billed  G:14909  2/4/2009  Attend settlement conference; letter to Jorgensen. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 2.50  0.00  0.00  0.00 | 150.00  C@2 | 375.00 |
| 165756  TIME  1/26/2009  Billed  G:14909  2/4/2009  Call w/J. Jorgensen. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 0.10  0.00  0.00  0.00 | 150.00  C@2 | 15.00 |
| 165760  TIME  1/27/2009  Billed  G:14909  2/4/2009  Detailed message to R. Muriel. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 0.10  0.00  0.00  0.00 | 150.00  C@2 | 15.00 |
| 165763  TIME  1/28/2009  Billed  G:14909  2/4/2009  Email to R. Muriel. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 0.10  0.00  0.00  0.00 | 150.00  C@2 | 15.00 |
| 165772  TIME  1/29/2009  Billed  G:14909  2/4/2009  Emails to and from R. Murel; work on settlement agreement and calculations for installment note; letter to J. Gilleran. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 2.00  0.00  0.00  0.00 | 150.00  C@2 | 300.00 |
| 167289  TIME  2/9/2009  Billed  G:10022  3/10/2009  ~~Emails to and from LR;~~ call w/B. Jacquez. | Angie Cowan  Legal Services  Labrs P&W 1  Eagle America Corp. | 0.1 ~~0.20~~  0.00  0.00  0.00 | 150.00  C@2 | ~~30.00~~  15.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 167315<br>2/11/2009<br>Billed<br>Email from M. Milandov. | TIME<br>G:10022 | 3/10/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| 167332<br>2/12/2009<br>Billed<br>Emails to and from R. Muriel and J. Jorgensen; call<br>w/R. Muriel; update reports. | TIME<br>G:10022 | 3/10/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 150.00 |
| 166620<br>2/13/2009<br>Billed<br>Report to Trustees | TIME<br>G:10022 | 3/10/2009 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 17.50 |
| ~~167339~~<br>2/13/2009<br>Billed<br>Conf w/KIE. | ~~TIME~~<br>G:10022 | 3/10/2009 | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.60~~<br>0.00<br>0.00<br>0.00 | ~~150.00~~<br>C@2 | ~~90.00~~ |
| 166727<br>2/14/2009<br>Billed<br>Work on status reports | TIME<br>G:10022 | 3/10/2009 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| 166750<br>2/15/2009<br>Billed<br>Work on summary status reports | TIME<br>G:10022 | 3/10/2009 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>C@1 | 35.00 |
| ~~167172~~<br>2/17/2009<br>Billed<br>Review AC memo; email w/ AC conf. w/ AC | ~~TIME~~<br>G:10022 | 3/10/2009 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@1 | ~~70.00~~ |
| 167351<br>2/18/2009<br>Billed<br>Attend court appearance; call w/J. Gilleran; review<br>penalty ledger; call w/R. Muriel; ~~conf w/KIE~~; revise<br>case synopsis memo. | TIME<br>G:10022 | 3/10/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.80 ~~2.00~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~300.00~~<br>270.00 |
| 167362<br>2/19/2009<br>Billed<br>Call w/R. Muriel; ~~conf w/KIE~~; review order to withdraw<br>as counsel filed by Cos atty; revise Collection<br>Committee memo. | TIME<br>G:10022 | 3/10/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.30 ~~0.50~~<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | ~~75.00~~<br>45.00 |
| 167386<br>2/25/2009<br>Billed<br>Court appearance. | TIME<br>G:10022 | 3/10/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 150.00 |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 167346 TIME <br> 2/27/2009 <br> Billed    G:10022    3/10/2009 <br> ~~Conf w/KIE~~; revise collections committee memo; ~~review email from KIE.~~ | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 0.20 ~~0.50~~ <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | ~~75.00~~ <br> 30.00 |
| 169241 TIME <br> 3/4/2009 <br> Billed    G:10046    4/15/2009 <br> Work on discovery. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 0.50 <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | 75.00 |
| 169245 TIME <br> 3/6/2009 <br> Billed    G:10046    4/15/2009 <br> Review discovery; work on responses; ~~conf w/KIE~~. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 0.80 ~~1.00~~ <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | ~~150.00~~ <br> 120.00 |
| 169251 TIME <br> 3/10/2009 <br> Billed    G:10046    4/15/2009 <br> Letter and deposition notice to J. Pero. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 0.30 <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | 45.00 |
| ~~168383~~ ~~TIME~~ <br> 3/16/2009 <br> Billed    G:10046    4/15/2009 <br> Conf. w/ AC | ~~K. Engelhardt~~ <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | ~~0.20~~ <br> 0.00 <br> 0.00 <br> 0.00 | ~~175.00~~ <br> T | ~~35.00~~ |
| 169282 TIME <br> 3/16/2009 <br> Billed    G:10046    4/15/2009 <br> ~~Conf w/KIE~~; review letter from Companys new attorney P. Nabhani; calls w/P. Nabhani; review file; letter to J. Jorgensen. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 1.30 ~~1.50~~ <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | ~~225.00~~ <br> 195.00 |
| 169296 TIME <br> 3/18/2009 <br> Billed    G:10046    4/15/2009 <br> Court appearance; conf w/P. Nabhani. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 1.00 <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | 150.00 |
| 169322 TIME <br> 3/24/2009 <br> Billed    G:10046    4/15/2009 <br> Call w/S. Niabahni. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 0.10 <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | 15.00 |
| ~~170516~~ ~~TIME~~ <br> 4/1/2009 <br> Billed    G:10068    5/8/2009 <br> Email to JAG. | ~~Angie Cowan~~ <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | ~~0.10~~ <br> 0.00 <br> 0.00 <br> 0.00 | ~~150.00~~ <br> C@2 | ~~15.00~~ |
| 170566 TIME <br> 4/9/2009 <br> Billed    G:10068    5/8/2009 <br> Call w/M. Mendelson. | Angie Cowan <br> Legal Services <br> Labrs P&W 1 <br> Eagle America Corp. | 0.10 <br> 0.00 <br> 0.00 <br> 0.00 | 150.00 <br> C@2 | 15.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 170609<br>4/17/2009<br>Billed<br>Prep for deposition; call w/P. Nahani; respond to interrogatories. | TIME<br><br>G:10068 | <br><br>5/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 3.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 450.00 |
| 170614<br>4/21/2009<br>Billed<br>Notice of Deposition to Company; review fax from Company; call w/M. Mendelson. | TIME<br><br>G:10068 | <br><br>5/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 75.00 |
| 170633<br>4/24/2009<br>Billed<br>Call w/J. Gilleran; fax to J. Gilleran; prep for deposition; finalize response to discovery; take deposition of J. Pero. | TIME<br><br>G:10068 | <br><br>5/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 4.00<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 600.00 |
| 170589<br>4/30/2009<br>Billed<br>Review letter from Company; leave detailed message for P. Nabhani. | TIME<br><br>G:10068 | <br><br>5/8/2009 | Angie Cowan<br>Promotion<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 150.00<br>C@2 | 15.00 |
| ~~171923~~<br>5/5/2009<br>Billed<br>Email to/from JAG. | ~~TIME~~<br><br>G:10083 | <br><br>6/4/2009 | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~17.50~~ |
| 171924<br>5/6/2009<br>Billed<br>Court appearance. | TIME<br><br>G:10083 | <br><br>6/4/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 175.00 |
| 171934<br>5/7/2009<br>Billed<br>Review Judges minute entry. | TIME<br><br>G:10083 | <br><br>6/4/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 171962<br>5/15/2009<br>Billed<br>Review transcript; review briefing schedule. | TIME<br><br>G:10083 | <br><br>6/4/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 87.50 |
| ~~172025~~<br>5/20/2009<br>Billed<br>Review file; update reports. | ~~TIME~~<br><br>G:10083 | <br><br>6/4/2009 | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~35.00~~ |
| ~~172034~~<br>5/21/2009<br>Billed<br>Email to KIE. | ~~TIME~~<br><br>G:10083 | <br><br>6/4/2009 | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~17.50~~ |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 171595<br>5/22/2009<br>Billed<br>Report to Trustees | TIME<br><br>G:10083 | <br><br>6/4/2009 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| 171678<br>5/25/2009<br>Billed<br>Work on status reports | TIME<br><br>G:10083 | <br><br>6/4/2009 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 171767<br>5/26/2009<br>Billed<br>Work on status reports, summary status reports | TIME<br><br>G:10083 | <br><br>6/4/2009 | Wes Kennedy<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 40.00 |
| 172049<br>5/27/2009<br>Billed<br>Legal research; work on summary judgment motion and brief. | TIME<br><br>G:10083 | <br><br>6/4/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.30<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 52.50 |
| 172053<br>5/28/2009<br>Billed<br>~~Emails to/from KIE; conf w/KIE;~~ work on rule 56.1 statement of facts; emails to/from J. Gilleran. | TIME<br><br>G:10083 | <br><br>6/4/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.50 ~~2.50~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~437.50~~<br>262.50 |
| ~~172129~~<br>5/28/2009<br>Billed<br>Conf. w/ A. Cowan | ~~TIME~~<br><br>G:10083 | <br><br>6/4/2009 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~40.00~~ |
| ~~172056~~<br>5/29/2009<br>Billed<br>Conf w/KIE. | ~~TIME~~<br><br>G:10083 | <br><br>6/4/2009 | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~17.50~~ |
| 173331<br>6/1/2009<br>Billed<br>Work on summary judgment. | TIME<br><br>G:10114 | <br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.5 ~~3.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~525.00~~<br>262.50 |
| 173337<br>6/2/2009<br>Billed<br>Work on summary judgment. | TIME<br><br>G:10114 | <br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 5.00 ~~8.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~1400.00~~<br>875.00 |
| ~~172423~~<br>6/3/2009<br>Billed<br>Work w/ AC | ~~TIME~~<br><br>G:10114 | <br><br>7/8/2009 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~100.00~~ |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 173338<br>6/3/2009<br>Billed G:10114<br>Work on summary judgment. | TIME<br><br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 4.00 | 6.00<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 1050.00<br>700.00 |
| ~~172583~~<br>6/4/2009<br>Billed G:10114<br>Conf. w/ AC; review brief | ~~TIME~~<br><br><br>7/8/2009 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~0.70~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~140.00~~ |
| 173340<br>6/4/2009<br>Billed G:10114<br>Work on summary judgment. | TIME<br><br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 6.00 | ~~8.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | 1400.00<br>1050.00 |
| 172586<br>6/5/2009<br>Billed G:10114<br>Work on affidavit; ~~call w/ A. Cowan~~; review 56.1<br>statement, Brief | TIME<br><br><br>7/8/2009 | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.30 | ~~2.30~~<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 460.00<br>260.00 |
| 173342<br>6/5/2009<br>Billed G:10114<br>Work on summary judgment; calls w/R. Patterson. | TIME<br><br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.5 | ~~3.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~525.00~~<br>262.50 |
| 173344<br>6/6/2009<br>Billed G:10114<br>Work on MSJ; ~~call w/KIE; emails from KIE~~ | TIME<br><br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.50 | ~~1.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~175.00~~<br>87.50 |
| ~~172590~~<br>6/7/2009<br>Billed G:10114<br>Review brief; call w/ AC | ~~TIME~~<br><br><br>7/8/2009 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~1.00~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~200.00~~ |
| 173346<br>6/7/2009<br>Billed G:10114<br>~~Call w/KIE; emails from KIE~~; legal research. | TIME<br><br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 2.50 | ~~3.50~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~612.50~~<br>437.50 |
| ~~172548~~<br>6/8/2009<br>Billed G:10114<br>Work w/AMC on preparing summary judgment motion | ~~TIME~~<br><br><br>7/8/2009 | ~~Josiah Groff~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~70.00~~ |
| ~~172591~~<br>6/8/2009<br>Billed G:10114<br>Call w/ AC | ~~TIME~~<br><br><br>7/8/2009 | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~60.00~~ |
| 173349<br>6/8/2009<br>Billed G:10114<br>Work on motion for summary judgment; finalize<br>exhibits and documents; call w/R. Patterson; call | TIME<br><br><br>7/8/2009 | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 4.50 | ~~5.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~875.00~~<br>787.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| w/KIE; conf w/AS; file motion and exhibits electronically. | | | | |
| 174609<br>7/13/2009<br>Billed    G:10138    8/6/2009<br>Read Company's response brief and exhibits; email to KIE | TIME<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.80 ~~1.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~175.00~~<br>140 |
| ~~173912~~<br>7/14/2009<br>Billed    G:10138    8/6/2009<br>Conf. w/ AC and review response brief | ~~TIME~~<br>~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~80.00~~ |
| ~~174610~~<br>7/14/2009<br>Billed    G:10138    8/6/2009<br>Conf w/KIE; emails to KIE; review file | ~~TIME~~<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~87.50~~ |
| ~~173922~~<br>7/15/2009<br>Billed    G:10138    8/6/2009<br>Conf. w/ AC | ~~TIME~~<br>K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.40~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~80.00~~ |
| 174611<br>7/16/2009<br>Billed    G:10138    8/6/2009<br>Work on reply brief | TIME<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.0 ~~2.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~350.00~~<br>175.00 |
| 174612<br>7/17/2009<br>Billed    G:10138    8/6/2009<br>Work on reply brief and 56.1 statement; legal research | TIME<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 5.00 ~~7.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~1225.00~~<br>875.00 |
| 174613<br>7/20/2009<br>Billed    G:10138    8/6/2009<br>Work on reply brief and 56.1 statement; legal research | TIME<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 4.00 ~~7.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~1225.00~~<br>700.00 |
| 174614<br>7/21/2009<br>Billed    G:10138    8/6/2009<br>Work on motion for summary judgment; legal research; ~~email to/from P. Wallace~~ | TIME<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 4.50 ~~5.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~875.00~~<br>787.50 |
| 174615<br>7/22/2009<br>Billed    G:10138    8/6/2009<br>Work on reply brief and response to 56.1 statement | TIME<br>Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 3.00 ~~4.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~700.00~~<br>525.00 |
| ~~174187~~<br>7/23/2009<br>Billed    G:10138    8/6/2009<br>work on brief | ~~TIME~~<br>K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~100.00~~ |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| ~~174229~~ ~~TIME~~<br>7/24/2009<br>Billed      G:10138      8/6/2009<br>Work on Brief; conf. w/ AC | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~2.00~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~400.00~~ |
| 174616      TIME<br>7/24/2009<br>Billed      G:10138      8/6/2009<br>Work on reply brief and response to 56.1 statement; ~~conf w/KIE~~ | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.0 ~~2.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~350.00~~<br>175.00 |
| ~~174277~~ ~~TIME~~<br>7/27/2009<br>Billed      G:10138      8/6/2009<br>Review brief w/ AC; draft MSJ reply | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~2.30~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~460.00~~ |
| 174617      TIME<br>7/27/2009<br>Billed      G:10138      8/6/2009<br>Work on reply brief and 56.1 statement; legal research; draft notice of motion; organize exhibits; file documents | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 5.0 ~~9.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~1575.00~~<br>875.00 |
| ~~174618~~ ~~TIME~~<br>7/28/2009<br>Billed      G:10138      8/6/2009<br>Conf w/AS | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~17.50~~ |
| 177730      TIME<br>10/2/2009<br>Billed      G:10219      11/6/2009<br>Report to Trustees | K. Engelhardt<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.10<br>0.00<br>0.00<br>0.00 | 200.00<br>C@1 | 20.00 |
| ~~178799~~ ~~TIME~~<br>10/2/2009<br>Billed      G:10219      11/6/2009<br>Update reports; review file | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~175.00~~<br>C@2 | ~~17.50~~ |
| ~~180762~~ ~~TIME~~<br>12/4/2009<br>WIP<br>Conf. w/ AC; review court memorandum op | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~60.00~~ |
| ~~180892~~ ~~TIME~~<br>12/4/2009<br>WIP<br>Review decision re summary judgment | ~~Wes Kennedy~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.20~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~40.00~~ |
| 181451      TIME<br>12/4/2009<br>WIP<br>Read Judges decision; ~~conf w/KIE~~; email to Funds | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.5 ~~1.00~~<br>0.00<br>0.00<br>0.00 | 175.00<br>C@2 | ~~175.00~~<br>87.50 |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| ~~181452        TIME~~<br>12/7/2009<br>WIP<br>Review motion for summary judgment; work on brief re damages | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~2.00~~<br>0.00<br>2.00<br>0.00 | ~~175.00~~<br>C@2 | ~~350.00~~ |
| ~~181232        TIME~~<br>12/8/2009<br>WIP<br>emails w/AMC | ~~Liza Reynolds~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~20.00~~ |
| ~~181453        TIME~~<br>12/8/2009<br>WIP<br>Work on brief; email to firm; legal research | ~~Angie Cowan~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~2.00~~<br>0.00<br>2.00<br>0.00 | ~~175.00~~<br>C@2 | ~~350.00~~ |
| ~~181044        TIME~~<br>12/9/2009<br>WIP<br>Review court decision in preparation for supplemental briefing on damages | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.30~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~60.00~~ |
| 181454        TIME<br>12/9/2009<br>WIP<br>Work on brief; ~~conf w/KIE~~ | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.0 ~~1.75~~<br>0.00<br>2.00<br>(0.25) | 175.00<br>C@2 | ~~306.25~~<br>175.00 |
| ~~181045        TIME~~<br>12/10/2009<br>WIP<br>Conf. w/ AC | ~~K. Engelhardt~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.50~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~100.00~~ |
| 181455        TIME<br>12/10/2009<br>WIP<br>Call w/J. Jorgenson; ~~conf w/KIE~~; detailed message for P. Nabhani | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.5 ~~1.00~~<br>0.00<br>2.00<br>(1.00) | 175.00<br>C@2 | ~~175.00~~<br>87.50 |
| 181456        TIME<br>12/16/2009<br>WIP<br>Call w/P. Nabhani and court clerk | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 0.20<br>0.00<br>2.00<br>(1.80) | 175.00<br>C@2 | 35.00 |
| ~~181402        TIME~~<br>12/17/2009<br>WIP<br>conf AMC | ~~Liza Reynolds~~<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | ~~0.10~~<br>0.00<br>0.00<br>0.00 | ~~200.00~~<br>C@1 | ~~20.00~~ |
| 181457        TIME<br>12/17/2009<br>WIP<br>Review fax from J. Gilleran; emails to/from J. Gilleran; left detailed message for Hibblers courtroom deputy; file motion to extend; call w/chambers secretary. | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.00<br>0.00<br>2.00<br>(1.00) | 175.00<br>C@2 | 175.00 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 181458    TIME<br>12/18/2009<br>WIP<br>Review spreadsheets from J. Gilleran; work on proposed agreed judgment order and letter to P. Nabhani | Angie Cowan<br>Legal Services<br>Labrs P&W 1<br>Eagle America Corp. | 1.00<br>0.00<br>2.00<br>(1.00) | 175.00<br>C@2 | 175.00 |

Grand Total

| | Billable | 163.35 | | 27471.25 |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 163.35 | | 27471.25 |

*- 9088.75*

*$18,382.50*