IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, <br> Plaintiffs, <br> v. <br> EAGLE AMERICA CORPORATION. <br> Defendant. | ) ) ) ) ) ) ) ) ) No. 07 C 06576 ) ) Judge Hibbler ) ) ) ) |

## ORDER

This cause coming before the Court on the plaintiffs' Motion for a prove up of damages due notice having been given to the defendant Eagle America Corporation, entering default judgment.

**IT IS HEREBY ORDERED:**

1. A judgment is entered on behalf of the Laborers' Pension and Welfare Funds, plaintiffs in this action and against defendant Eagle America Corporation in the amount of $60,864.13, which includes the following:

**For the Period of June 1, 2004 - June 30, 2007**:

Principal contributions and Union dues as reflected in Company reporting information for the period June 1, 2004 - June 30, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,544.57

Liquidated damages for June 1, 2004 - June 30, 2007 delinquencies . . . . . . . . . . . . . . . . $1,196.93

Interest for the unpaid principal through December 17, 2009 . . . . . . . . . . . . . . . . . . . . . $1,242.38

Audit costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,527.50

**For the Period of July 1, 2007 - February 29, 2008**:

Principal contributions and Union dues as reflected in Company reporting information for the period July 1, 2007 - February 29, 2008 .................................................. $17,169.58

Liquidated damages for July 1, 2007 - February 29, 2008 delinquencies ............ $3,301.23

Interest for the unpaid principal through December 18, 2009 .................... $1,786.62

Accumulated penalties ............................................................ $6,791.47

Audit costs ...................................................................... $1,921.35

Attorneys' fees (for the duration of the entire lawsuit) .......................... $18,382.50

Costs (for the duration of the entire lawsuit) .................................. $350.00

2. This Court orders Eagle America Corporation to obtain and maintain a surety bond in the amount required by the applicable collective bargaining agreement, which is currently $5,000, to guarantee the payment of wages, pension and welfare contributions in accordance with the terms of the applicable collective bargaining agreement. It is further ordered that, within 60 days of the date of this judgment order, defendants shall provide written proof that it has obtained such a surety bond, to plaintiffs' counsel, Angie M. Cowan, Esq., Allison Slutsky & Kennedy, P.C., 230 W. Monroe Street, Suite 2600, Chicago, Illinois 60606.

**E N T E R E D**

_____
**U.S. DISTRICT COURT**

**DATE** _____